IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Sharon A | Case Number:  08 B 07172 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/12/08 | Filed:  3/26/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 26, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Prodovis Mortgage, LLC | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 6. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 7. | Prodovis Mortgage, LLC | Secured | 0.00 | 0.00 |
| 8. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 9. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 10. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 11. | Saxon Mortgage Services Inc | Secured | 31,000.00 | 0.00 |
| 12. | United Auto Credit | Unsecured | 251.95 | 0.00 |
| 13. | Debt Credit Service | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 17. | Riddled Assoc P C | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | $ 31,251.95 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Sharon A | Case Number: 08 B 07172 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/12/08 | Filed: 3/26/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

